IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EVERGREEN PROCESSING, LLC                                    PLAINTIFFS

v.                          No. 1:11-cv-108-DPM

HELEN BARTMESS and BRUCE BARTMESS              DEFENDANTS

HELEN BARTMESS                              THIRD-PARTY PLAINTIFF

v.

JAMES HARDY, JR.; MARY HARDY;
HARDY ENERGY SERVICES, INC; ELITE
COIL TUBING SOLUTIONS, LLC;
NORTHSTAR FARMS, LLC; and
JOHN HARDY                                  THIRD-PARTY DEFENDANTS

## ORDER

Joint motion to dismiss, *Document No. 19*, granted, pursuant to the parties' settlement of all their claims, counterclaims, and third-party claims in this case and related case number 1:09-cv-41-DPM. Each party will bear costs and attorney's fees incurred. The Court will retain jurisdiction to enforce the settlement agreement.

    So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 January 2012