IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**EVERGREEN PROCESSING, LLC**                                              **PLAINTIFFS**

v.                            No. 1:11-cv-108-DPM

**HELEN BARTMESS and BRUCE BARTMESS**              **DEFENDANTS**

**HELEN BARTMESS**                               **THIRD-PARTY PLAINTIFF**

v.

**JAMES HARDY, JR.; MARY HARDY;
HARDY ENERGY SERVICES, INC; ELITE
COIL TUBING SOLUTIONS, LLC;
NORTHSTAR FARMS, LLC; and
JOHN HARDY**                                  **THIRD-PARTY DEFENDANTS**

JUDGMENT

Complaint, *Document No. 2*, and counterclaim and third-party complaint, *Document No. 3*, dismissed with prejudice. The Court retains jurisdiction to enforce the parties' settlement agreement.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

  18 January 2012